EOD NOV 17 2000

FILED-CLERK
U.S. DISTRICT COURT
00 NOV 16 PM 2:16
TX EASTERN-BEAUMONT
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DALE WAYNE BERRY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § | |
| v. | § | C.A. No.1:00CV381 |
| EXCEL GROUP, INC. | § § § | |

## ORDER

ON THIS the 16th day of November, 2000, came on to be presented the Unopposed Motion to Extend Time to File Response to Defendant's Motion for Summary Judgment and Motion to Dismiss and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, AJUDGED and DECREED that Plaintiffs motion be granted in all things and Plaintiffs' Response to Defendant's Motion for Summary Judgment and Motion to Dismiss is due on or before November 27, 2000.

SIGNED this 16th day of November, 2000.

_Richard A. Schell_
JUDGE PRESIDING

BERRY: 001110 M-ExtendTime.dfa

25